JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ 895 __ In re VMS Mortgage Investment Funds Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/05/14 | 1 | MOTION, BRIEF, EXHIBITS A,B,C,D, and cert. of svc. -- Defts. VMS Securities, Inc., VMS Realty Partners and VMS Financial Guarantee Limited Partnerships. SUGGESTED TRANSFEREE DISTRICT -- N.D. ILLINOIS SUGGESTED TRANSFEREE JUDGE -- JUDGE SUSAN B. CONLON |
| 91/05/28 | | APPEARANCE -- THOMAS S. HARMON, ESQ. for Lee W. Elms; MARTHA A. MILLS, ESQ. for Marshall and Stevens, Inc.; CLYDE A. WILSON, JR., ESQ. for Almeda Quintana, Thurston McCutchen, Area Financial Services Group, Inc.; RICHARD L. FENTON, ESQ. for VMS Realty Partners, VMS Securities, Inc., VMS Financial Guarantee LTD. Partnership; BYRON L. GREGORY, ESQ. for Xerox Credit Corporation  (sg) |
| 91/05/29 | 2 | JOINDER IN MOTION FOR TRANSFER -- (to pldg. #1) -- Filed by deft. Xerox Credit Corporation -- w/cert. of svc.  (sg) |
| 91/05/31 | | APPEARANCE -- TIMOTHY A. NELSEN, ESQ. for Prudential-Bache Defts. -- w/cert. of svc.  (sg) |
| 91/06/06 | 3 | RESPONSE/MEMORANDUM -- filed by pltf. Lee W. Elms w/cert. of svc. (ds) |
| 91/06/10 | 4 | REQUEST FOR TEMPORARY STAY -- filed by defts. VMS Realty Partners, VMS Securities, Inc. and VMS Financial Guarantee Ltd. Partnership w/cert. of svc.  -- REPLY DUE JULY 1, 1991 -- Notified involved counsel (ds) |
| 91/06/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on July 26, 1991 in Portland Maine  (sg) |
| 91/07/02 | 5 | REQUEST FOR TEMPORARY STAY   -- Filed by defts. VMS Realty Partners, VMS Securities, Inc. and VMS Financial Guarantee Ltd. Partnership -- REPLY DUE JULY 8, 1991 -- Notified involved counsel (rh) |

JPML FORM 1A

2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 895 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/07/12 | 6 | LETTER -- (Additional Information Regarding Settlement) Signed by Catherine A. Van Horn counsel for movant -- w/cert. of svc. (rh) |
| 91/07/12 | 7 | LETTER -- (Regarding Application for mooting order and proposed mooting order) Signed by Catherine A. Van Horn counsel for movant -- w/Exhibits and cert.of svc.(rh) |
| 91/07/24 | | ORDER DEEMING MOTION MOOT AND VACATING THE JULY 26, 1991 HEARING -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 895 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re VMS Mortgage Investment Funds Securities Litigation

SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | July 24, 1991 | MO | | | | |

Special Transferee Information

DATE CLOSED: July 24, 1991

LISTING OF INVOLVED ACTIONS

JPML FORM 1

DOCKET NO. 895  --  In re VMS Mortgage Investment Funds Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lee W. Elms v. Almeda Quintana, et al. | Tex.,W. | 91 CA 009 | | | | |
| A-2 | In re VMS Securities Litigation | Ill.,N. Conlon | 89 C 9448 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>895</u> -- In re VMS Mortgage Investment Funds Securities Litigation

===============================================================================

<u>LEE W. ELMS   (A-1)</u>
Thomas S. Harmon, Esq.
Douglas & Elms, Inc.
1100 N.W. Loop 410, Suite 800
San Antonio, Texas   78213

IN RE VMS SECURITIES LIT
<u>(Plaintiffs Lead Counsel)</u>
  **(No App. Rec'd)**
Marvin A. Miller, Esq.
Patrick E. Cafferty, Esq.
Chertow & Miller
30 N. LaSalle Street
Suite 3630
Chicago, Illinois   60602

<u>MARSHALL AND STEVENS, INC.</u>
Martha A. Mills, Esq.
Schaefer, Rosenwein & Fleming
221 North LaSalle Street
Suite 863
Chicago, Illinois   60601

<u>VMS FUNDS</u>
  **(No App. Rec'd)**
Barry Gross, Esq.
Shefsky & Froelich, LTD.
444 N. Michigan Avenue
Suite 2300
Chicago, Illinois   60611

<u>PRUDENTIAL-BACHE DEFTS</u>
Timothy A. Nelsen, Esq.
Skadden, Arps, Slate, Meagher
  & Flom
333 W. Wacker Drive
Suite 2100
Chicago, Illinois   60606

PETER R. MORRIS
JOEL A. STONE
<u>SCOTT LAGER</u>
  **(No App Rec'd)**
Sarah E. Wolff, Esq.
Lowell E. Sachnoff
Sachnoff & Weaver, LTD.
30 S. Wacker Dr.
Suite 2900
Chicago, Illinois   60606

XEROX DEFENDANTS
<u>MELVIN HOWARD</u>
  **(No App. Rec'd)**
Alfred H. Hoddinott, Jr., Esq.
Xerox Corporation
800 Long Ridge Road
Stamford, Connecticut   06904

ROBERT D. VANKAMPEN
<u>BREWSTER REALTY, INC.</u>
  **(No App. Rec'd)**
Charles W. Siragusa, Esq.
Crowley, Barrett &
  Karaba, LTD.
2 First National Plaza
Suite 2310
Chicago, Illinois   60603

WALTER AUCH, SR.
DAVID G. BLALOCK, SR.
PHILIP H. BRADY
NORMAN GOLD
GERALD NUDO
MARVIN SOTOLOFF
ROBERT UNGERLEIDER
<u>E. JAMES WISNER</u>
  **(No App. Rec'd)**
Alan T. Slagel, Esq.
Pope & John, Ltd.
311 S. Wacker Drive
Suite 4200
Chicago, Illinois   60606

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.2

DOCKET NO. 895 --

=============================================================================

**VMS DEFENDANTS**
 **(No App. Rec'd)**
Jeffrey P. Lennard, Esq.
Duane C. Quaini, Esq.
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
Chicago, Illinois  60606

**JOSEPH J. BLAKE & ASSOCIATES, INC.**
 **(No App. Rec'd)**
Norman J. Barry, Esq.
Alan S. Madans, Esq.
Christopher G. Walsh, Jr., Esq.
Rothschild Barry & Myers
Xerox Centre
55 West Monroe Street
Suite 3900
Chicago, Illinois  60603

ALMEDA QUINTANA
THURSTON McCUTCHEN
**AREA FINANCIAL SERVICES GROUP, INC.**
Clyde A. Wilson, Jr., Esq.
Gossett, Harrison, Reese, Wilson,
  Woodward & Millican, P.C.
P.O. Drawer 911
San Angelo, TX  76902-0911

VMS REALTY PARTNERS
VMS SECURITIES, INC.
VMS FINANCIAL GUARANTEE LTD.
 **PARTNERSHIP**
Richard L. Fenton, Esq.
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
Chicago, Illinois  60601

**XEROX CREDIT CORPORATION**
Byron L. Gregory, Esq.
McDermott Will & Emery
227 West Monroe Street
Suite 3100
Chicago, Illinois  60606

**GLOBAL INVESTOR SECURITIES**
**Unable to determine counsel or**
**address**

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __895__ -- In re VMS Mortgage Investment Funds Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Marshall and Stevens, Inc. | |
| VMS Funds | A-Z |
| Prudential-Bache Defendants | |
| Peter R. Morris | |
| Joel A. Stone | |
| Scott Lager | |
| Xerox Defendants | |
| Melvin Howard | |
| Robert D. VanKampen | |
| Brewster Realty, Inc. | |
| Walter Auch, Sr. | |

p. 2

| David G. Blalock, Sr. | |
| Philip H. Brady | |
| Norman Gold | |
| Gerald Nudo | |
| Marvin Sotoloff | |
| Robert Ungerleider | |
| E. James Wisner | |
| VMS Defendants | |
| Joseph J. Blake & Associates, Inc. | |
| Almeda Quintana | A-1 |
| Thurston McCutchen | A-2 |

JPML FORM 3

p. *3*

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Area Financial Services Group, Inc. | A-1 |
| VMS Realty Partners | A-1 |
| VMS Securities, Inc. | A-1 |
| VMS Financial Guarantee Ltd. Partnership | A-1 |
| Xerox Credit Corporation | A-1 |
| Global Investor Securities | A-1 |
| | |
| | |
| | |
| | |
| | |