JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 24  91

PATRICIA D. HOWARD
CLERK OF THE PANEL

## *DOCKET NO. 895*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE VMS MORTGAGE INVESTMENT FUNDS SECURITIES LITIGATION*

### *ORDER DEEMING MOTION MOOT*
### *AND*
### *VACATING THE JULY 26, 1991 HEARING*

This matter is before the Panel on motion of three VMS defendants to centralize all actions on the attached Schedule A in the Northern District of Illinois, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings. In separate letters dated July 9 and 11, 1991, respectively, the Texas plaintiff and movants notified the Panel that the action pending in the Western District of Texas had been settled and dismissed.

IT IS THEREFORE ORDERED that the Section 1407 motion in the above-captioned litigation is DEEMED MOOT.

IT IS FURTHER ORDERED that the Hearing Order and the attached Schedule filed on June 14, 1991, be, and the same hereby are, VACATED insofar as they relate to this litigation.

FOR THE PANEL:

John F. Nangle
Chairman

*Schedule A*

MDL-895 -- In re VMS Mortgage Investment Funds Securities Litigation

### Northern District of Illinois

In re VMS Securities Litigation, C.A. No. 89-C-9448

### Western District of Texas

Lee W. Elms v. Almeda Quintana, et al., C.A. No. 91-CA-009